USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEGAL ADVOCATES FOR SAFE SCIENCE AND TECHNOLOGY, INC.,

Plaintiff,

-against-

U.S. DEPARTMENT OF THE TREASURY, et al.,

Defendants.

26-CV-07557 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

This case arises under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Because FOIA actions ordinarily do not involve discovery and are resolved on cross-motions for summary judgment, the Court will not schedule an initial pretrial conference unless a party requests such a conference and sets forth the reasons for the conference.

Accordingly, the parties are directed to confer and, **within two weeks** of the filing of Defendants' answer, to file a joint status letter with a proposed schedule for the filing of motions for summary judgment, or, if the case is not suitable for prompt summary judgment briefing or if the parties disagree about next steps in the case, a joint status letter that informs the Court as to the parties' positions.

Counsel for Plaintiff is ordered to promptly serve a copy of this Order on the United States Attorney for this District at 86 Chambers Street, New York, NY 10007, and to file proof of such service on the docket.

Dated: September 8, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge